**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF THE TRACKING OF: | ) | **ORDER** |
| | ) | |
| A Grey in Color, 2011 Toyota Tundra Pickup, | ) | |
| North Dakota License Plate 693ABM, Vehicle | ) | |
| Identification Number: 5TFDW5F16BX185291 | ) | Case No. 1:16-mj-116 |

On April 12, 2016, the court issued a tracking warrant for the vehicle identified in the caption of this action. In the application filed in support of the warrant, DEA SA Jeffrey Buckles requested that this matter remain under seal as premature disclosure of this matter could seriously jeopardize an ongoing investigation. See Doc. No. 1-1 (Affidavit at ¶ 19). For good cause shown, the court **ORDERS** that all materials associated with this matter, including the Tracking Warrant, the Application for Tracking Warrant, the supporting affidavit, and the Tracking Warrant Return shall remain under seal until October 14, 2016, at which time this matter shall be unsealed without further of the court.

**IT IS SO ORDERED.**

Dated this 14th day of June, 2016.

>                       */s/ Charles S. Miller, Jr.*
>                       Charles S. Miller, Jr., Magistrate Judge
>                       United States District Court